Gary F. Wang, SBN 195656
Email: garywang@gfwanglaw.com
Law Offices of Gary F. Wang
215 N. Marengo Avenue, Suite 352
Pasadena, California 91101-1503
Telephone: (626) 585-8001
Facsimile: (626) 585-8002

Attorney for Plaintiff
High Rainbow Ent. Co., Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH RAINBOW ENT. CO., LTD., a Taiwanese corporation, | ) Case No.: |
| Plaintiff, | ) **COMPLAINT FOR PATENT INFRINGEMENT** |
| vs. | ) |
| RADIANS, INC. a Tennessee corporation, | ) |
| Defendant. | ) |

Comes now, Plaintiff, High Rainbow Ent. Co., Ltd., and for cause of action against Defendant, Radians, Inc., alleges as follows:

**JURISDICTION AND VENUE**

1.      This cause of action arises under the Act of June 25, 1948, 62 Stat. 931, U.S.C., Title 28, Section 1338(a) for infringement of United States Patent No. 7,712,896.

2.      Plaintiff, High Rainbow Ent. Co., Ltd. (hereinafter referred as "Plaintiff" or "High Rainbow") is a Taiwanese corporation having a principal place of business in Tainan, Taiwan.

3.      Defendant Radians, Inc. (hereinafter referred as "Defendant" or "Radians") is a Tennessee corporation which conducts regular business activity within

California, and resides within the Central District of California within the meaning of 28 U.S.C. § 1391(c).

## CLAIM FOR RELIEF
### (Patent Infringement)

4.     On May 11, 2010, United States Patent No. 7,712,896 (hereinafter "the '896 Patent") entitled Eyeglasses And Assembly Method was duly and legally issued to Hsing-Jen Lee as an inventor.  The '896 Patent describes and claims, *inter alia*, a pair of eyeglasses in which hinged connection between lens and temples are completed by using connecting elements and its assembly method.  A true and correct copy of U.S. Patent No. 7,712,896 is attached hereto as Exhibit 1.

5.     Plaintiff High Rainbow, as assignee of record, is the owner by assignment of all of the inventor's and assignor's right, title and interest in and to the invention of the '896 Patent by assignment filed and recorded in the United States Patent and Trademark Office.  This patent has at all times been, and is still, owned by Plaintiff.

6.     High Rainbow has at all times relevant hereto, placed the required statutory notice on the products manufactured by it under the '896 Patent, and has given written notice to Defendant of their infringement.

7.     Defendant has been and still is infringing the '896 Patent by making, importing, distributing, selling, offering for sale and using systems and components embodying the patented invention, and will continue to do so unless enjoined by this Court.

8.     Defendant has made, imported, distributed, sold, and/or offered for sale a number of safety glasses named Radians Rock series ("the Rock series") that infringe the '896 Patent.

9.     Upon information and belief, Defendant expends substantial monies advertising the Rock series in media within the Central District of California,

Complaint

including Internet website and fliers, and in fact so induce substantial numbers of customers within the Central District of California to purchase the Rock series.

10.     At lease until the time this Complaint is drafted, Defendant continues to infringe the '896 Patent by distributing and selling the alleged infringing eyeglasses on its website www.radians.com.

11.     On information and belief, Defendant has acted willfully, knowingly and deliberately with full knowledge of Plaintiff's patent rights and in the absence of any good faith basis for a belief of non-infringement or invalidity of the '896 Patent.

WHEREFORE, Plaintiff prays that this Court:

1.     Enter judgment that Plaintiff's U.S. Patent No. 7,712,896 is valid and enforceable and have been infringed by Defendant;

2.     Issue a preliminary and final injunction against continued infringement by Defendant;

3.     Award Plaintiff damages adequate to compensate for the infringement, but in no event less than a reasonable royalty for the use made of the invention by the Defendant, as provided in 35 U.S.C. §284, together with interest and costs to be determined by the Court;

4.     Treble the amount of Plaintiff's damages pursuant to the provisions of 35 U.S.C. §284 by reason of willful infringement;

5.     Determine that this is an exceptional case pursuant to 35 U.S.C. §285, and award reasonable attorneys fees to the Plaintiff;

6.     Award such further relief as the Court may deem just and proper.


Dated:  August 21, 2014

                              By:   /s/Gary F. Wang
                                    Gary F. Wang
                                    LAW OFFICES OF GARY F. WANG
                                    Attorney for Plaintiff
                                    HIGH RAINBOW ENT. CO., LTD.

Complaint

**JURY REQUEST**

High Rainbow Ent. Co., Ltd. hereby requests a jury trial on all issues entitled to a jury trial.

Dated:  August 21, 2014

By:   /s/Gary F. Wang
Gary F. Wang
LAW OFFICES OF GARY F. WANG
Attorney for Plaintiff
HIGH RAINBOW ENT. CO., LTD.

Complaint

# EXHIBIT 1

US007712896B1

(12) **United States Patent**　　　　(10) **Patent No.:**     **US 7,712,896 B1**

Lee　　　　　　　　　　　　　　　　　　(45) **Date of Patent:**     **May 11, 2010**

(54) **EYEGLASSES AND ASSEMBLY METHOD THEREOF**

(75) Inventor: **Hsing-Jen Lee**, Tainan (TW)

(73) Assignee: **High Rainbow Ent. Co., Ltd.**, Tainan (TW)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **12/337,992**

(22) Filed: **Dec. 18, 2008**

(30) **Foreign Application Priority Data**

Sep. 12, 2008    (TW)  .............................. 97134962 A

(51) **Int. Cl.**
*G02C 5/14*       (2006.01)

(52) **U.S. Cl.** ....................... **351/121**; 351/123; 351/153; 16/228

(58) **Field of Classification Search** .................. 351/41, 351/110, 111–123, 153, 154; 16/228
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,574,452 | A | 4/1971 | Hanson |
| 4,699,479 | A | 10/1987 | Metcalfe |
| 4,832,478 | A | 5/1989 | Salce |
| 4,978,209 | A | 12/1990 | Ohba |
| 5,069,541 | A | 12/1991 | Holmes et al. |
| 5,173,722 | A | 12/1992 | Calamand |
| 5,471,258 | A | 11/1995 | Hsieh |
| 5,594,511 | A | 1/1997 | Lin |
| 5,898,471 | A | 4/1999 | Simioni et al. |
| 5,936,701 | A | 8/1999 | Sartor |
| 5,980,038 | A | 11/1999 | Chen |
| 6,007,196 | A | 12/1999 | Saba et al. |
| 6,238,048 | B1 | 5/2001 | Fukuoka |
| RE37,523 | E | 1/2002 | Bondet |
| 6,575,570 | B2 | 6/2003 | Mauri |
| 6,834,952 | B2 | 12/2004 | Polovin |
| 7,003,811 | B2 | 2/2006 | Canavan |
| 7,237,892 | B2 | 7/2007 | Curci et al. |
| 2009/0122256 | A1 * | 5/2009 | Wu ............................. 351/120 |

* cited by examiner

*Primary Examiner*—Huy K Mai
(74) *Attorney, Agent, or Firm*—Rosenberg, Klein & Lee

(57) **ABSTRACT**

This invention is related to a pair of eyeglasses. The lens includes a pair of connecting pieces disposed with a connecting barb portion set on two opposite sides of the lens; the temples include a hinge portion comprising a hinge neck portion and a hinge pillar set on one end of the temples, the hinge neck portion being respectively connected to the temples and the hinge pillar; the connecting elements comprise a connecting trough with an inner trough in it, a hinge trough, and a hinge passage, and the connecting elements are respectively connected to the lens and the temples. Wherein when the lens is hinged to the connecting elements, the connecting piece is received by the hinge trough and the connecting barb portion is engaged in the inner trough; when the temples are hinged to the connecting elements, the hinge pillar is hinged in the hinge trough.

**20 Claims, 10 Drawing Sheets**





FIG. 1



FIG.2A



FIG.2B



FIG.3



FIG. 4A



F I G . 4 B



F I G . 4 C



F I G . 5 A



F I G . 5 B



F I G . 6

US 7,712,896 B1

**1**

## EYEGLASSES AND ASSEMBLY METHOD THEREOF

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention is related to a pair of eyeglasses, and more particularly, to a pair of eyeglasses with the hinge of lens and temples of which completed by using connecting elements and its assembly method.

2. Description of Prior Art

From eyeglasses for myopia, presbyopia, and vision correction emphasizing practicality, eyewear for industry use, sunglasses, and windproof eyeglasses emphasizing functionality, to stylized eyeglasses emphasizing aesthetic appearance and fashion as mainstream, eyeglasses almost become an indispensable device in the daily life of modern people. And the most common style of eyeglass in the current market is a pair of eyeglasses with an eyeglass frame to support a pair of lens (framed eyeglasses) or with only a pair of lens (frameless eyeglasses), wherein the temples are hinged to the left and right opposite sides of the frame (lens) with screw. However, when eyeglasses hinged in such way are used for a long time, the screw may become loose or worn and thus lead to loosening of temples. At this moment a supplementary tool (screw driver) is needed to back the screw out or drive the screw in for further reparation or taking-apart. However, not only does such process of taking-apart take much time and efforts, but it is also easy for screw to be indirectly damaged and thus become unusable when being backed out or driven in. And if there is no supplementary tool at hand, then the replacement cannot be done at all, which causes much inconvenience.

In addition, when this type of eyeglass is produced by ordinary eyeglass manufacturers, it is often needed to complete the hinged connection of eyeglass frame (lens) and temples by handwork. Therefore in addition to the cost of raw materials, there will also be extra cost of manpower for performing this handwork, and thus the production cost cannot be decreased and the competitiveness in the industry is lost.

### BRIEF SUMMARY OF THE INVENTION

In order to solve the aforementioned problems, one objective of the present invention is to provide a pair of eyeglasses, in which connecting elements are used for completing the hinged connection of lens and temples and the complexity in assembling is thus reduced.

Another objective of the present invention is to provide a pair of eyeglasses, the design of connecting elements of which is in correspondence with the lens and temples and allows the eyeglasses to become more solid after completion of assembly and thus achieves better effect of hinged connection.

Still another objective of the present invention is to provide a pair of eyeglasses which is assembled with a simpler method for saving time and manpower cost spent in completing hinged connection.

According to above objectives, the present invention provides a pair of eyeglasses in which hinged connection between lens and temples are completed by using connecting elements and its assembly method. The pair of eyeglasses comprises a lens, a pair of temples, and a pair of connecting elements. The lens includes a pair of connecting pieces disposed with at least a connecting barb portion set on two opposite sides of the lens; the temples include a hinge neck portion comprising at least a hinge neck portion and at least a hinge pillar set on one end of the temples, the hinge neck portion

**2**

being respectively connected to the temples and the hinge pillar; the connecting elements comprise at least a connecting trough with at least an inner trough in it, at least a hinge trough and a hinge passage, and the connecting elements are respectively connected to the lens and the temples. Wherein when the lens is hinged to the connecting elements, the connecting piece is received by the hinge trough and the connecting barb portion is engaged in the inner trough; when the temples are hinged to the connecting elements, the hinge pillar is hinged in the hinge trough.

Since the assembly method of the pair of eyeglasses of the present invention in which connecting elements are used to complete hinged connection of lens and temples is simpler, and the complexity in assembly is also lower, the time and manpower cost spent in completing hinged connection can thus be greatly reduced. And also because the design of connecting elements is in correspondence with the lens and the temples, therefore the eyeglasses can become more solid after completion of assembly and better effect of hinged connection can also be achieved.

### BRIEF DESCRIPTION OF THE DRAWINGS

The invention as well as a preferred mode of use, further objectives and advantages thereof, will best be understood by reference to the following detailed description of an illustrative embodiment when read in conjunction with the accompanying drawings, wherein:

FIG. **1** is a view of eyeglasses disclosed by the present invention;

FIG. **2A** is a view of structure of a preferred embodiment of eyeglasses disclosed by the present invention;

FIG. **2B** is a sectional view of connecting elements of eyeglasses disclosed by the present invention;

FIG. **3** is a view of structure of another preferred embodiment of eyeglasses disclosed by the present invention;

FIG. **4A** to FIG. **4C** are views of each step of assembling temples and connecting elements of eyeglasses disclosed by the present invention;

FIG. **5A** is a stereogram of temple disclosed by the present invention;

FIG. **5B** is a stereogram of temple tip disclosed by the present invention; and

FIG. **6** is a view of structure of assembly of temple and temple tip disclosed by the present invention.

### DESCRIPTION OF THE PREFERRED EMBODIMENT

The present invention discloses a pair of eyeglasses, and more particularly, a pair of eyeglasses in which connecting elements are used for completing the hinged connection of lens and temples and its assembly method. Since some detailed parts of process for manufacturing or processing eyeglasses are accomplished by applying prior art, therefore these parts will not be completely depicted in the description below. And the drawings referred to in the following are not made according to the actual related sizes and the function of these drawings is only for illustrating characteristics related to the present invention.

FIG. **1** is a view of a preferred embodiment of the pair of eyeglasses according to the present invention. The pair of eyeglasses **1** is assembled by a lens **10**, a pair of temples **20**, and a pair of connecting elements **30**. Referring to FIG. **2A**, the lens **10** includes a pair of connecting pieces **11** set on two opposite sides of the lens **10** and the lens **10** and the connecting pieces **11** are integrated; the lens **10** can also be two

**3**

individual pieces of lenses, and the connecting pieces **11** include at least a connecting barb portion **12**. The temples **20** include a hinge portion **21** set on one end of temples **20**, the hinge portion **21** is composed of at least a hinge neck portion **211** and at least a hinge pillar **212**, and the hinge neck portion **211** is respectively connected to the temples **20** and the hinge pillar **212**. The connecting elements **30** include at least a connecting trough **32**, at least a hinge trough **31**, and a hinge passage **33**, and the connecting trough **32** is disposed with at least an inner trough **34**, detailed sectional view of which is as shown in FIG. 2B. The connecting elements **30** are used for being respectively connected to the lens **10** and the temples **20**. Wherein when the lens **10** is hinged to the connecting elements **30**, the connecting piece **11** is received by the hinge trough **32** and the connecting barb portion **12** is engaged in the inner trough **34**; when the temples **20** are hinged to the connecting elements **30**, the hinge pillar **212** is hinged in the hinge trough **31**. And after the hinged connection of the connecting piece **11** of the lens **10** and the connecting elements **30** is completed, the connecting piece **11** of the lens **10** and the hinge pillar **212** of the temples **20** are in the status of mutual resistance; therefore the temples **20** with its hinged connection completed will not loosen and the assembly of eyeglasses **1** can also be completed in a simple and fast way.

The present invention provides another preferred embodiment of a pair of eyeglasses, which is composed of a lens, a frame, and a pair of temples. The lens includes a pair of connecting pieces set on two opposite sides of the lens and the lens and the connecting pieces are integrated, the connecting pieces being disposed with at least a connecting barb portion; the lens can also be two individual pieces of lenses. The frame is used for accommodating a lens and includes a pair of connecting elements set on two opposite sides of the frame, and the frame and the connecting elements are integrated. The temples include a hinge portion set on one end of the temples, the hinge portion is composed of at least a hinge neck portion and at least a hinge pillar, and the hinge neck portion is respectively connected to the temples and the hinge pillar. Wherein, the connecting elements comprise at least a connecting trough with an inner trough disposed in it, at least a hinge trough, and a hinge passage, and the connecting elements are respectively connected to the lens and the temples. Wherein when the lens is hinged to the connecting elements of the frame, the connecting piece is received by the hinge trough and the connecting barb portion is engaged in the inner trough; when the temples are hinged to the connecting elements of the frame, the hinge pillar is hinged in the hinge trough. And after the hinged connection of the connecting piece of the lens and the connecting elements is completed, the connecting piece of the lens and the hinge pillar of the temples are in the status of mutual resistance; therefore the temples with its hinged connection completed will not loosen and the assembly of eyeglasses can also be completed in a simple and fast way.

Following what is described about two preferred embodiments, regarding parts related to structure of the lens **10**, in addition to that the structure of the connecting barb portion **12** of the lens **10** can be an individual piece, at least a wing portion **13** can also be disposed on left and right sides of the connecting barb portion **12**; and the wing portion **13** and the connecting barb portion **12** are structures with part connecting to each other, and thus the connecting barb portion **12** can have the property of better individual flexibility. One side of connecting piece **11** is disposed with a fin portion **14**, and in the connecting elements **30** is disposed with a fin-shaped trough **35**, the location of which corresponds to the fin portion **14** and the trough shape of which corresponds to the shape of

**4**

the fin portion **14**. With this design, the corresponding area between the lens **10** and the connecting elements **30** when being connected to each other can be increased and thus the eyeglasses **1** with its assembly completed can become more solid and less easy to shake.

FIG. **3** is a view of still another preferred embodiment of the pair of eyeglasses according to the present invention. The pair of eyeglasses **1** is assembled by a lens **10**, a pair of temples **20**, and a pair of connecting elements **30**. The lens **10** includes a pair of connecting pieces **11** set on two opposite sides of the lens **10** and the lens **10** and the connecting pieces **11** are integrated; the lens **10** can also be two individual pieces of lenses, and the connecting pieces **11** include at least a trough portion (blow hole **15** or notch). The temples **20** include a hinge portion **21** set on one end of temples **20**, the hinge portion **21** is composed of at least a hinge neck portion **211** and at least a hinge pillar **212**, and the hinge neck portion **211** is respectively connected to the temples **20** and the hinge pillar **212**. The connecting elements **30** include at least a connecting trough **32**, a connecting barb portion **36**, at least a hinge trough **31**, and a hinge passage **33**, the connecting barb portion **36** being disposed on sidewall neighboring to the connecting trough **32**. The connecting elements **30** are used for being respectively connected to the lens **10** and the temples **20**. Wherein when the lens **10** is hinged to the connecting elements **30**, the connecting piece **11** is received by the hinge trough **32** and the connecting barb portion **36** is engaged in the trough portion (blow hole **15** or notch); when the temples **20** are hinged to the connecting elements **30**, the hinge pillar **212** is hinged in the hinge trough **31**. And after the hinged connection of the connecting piece **11** of the lens **10** and the connecting elements **30** is completed, the connecting piece **11** of the lens **10** and the hinge pillar **212** of the temples **20** are in the status of mutual resistance; therefore the temples **20** with its hinged connection completed will not loosen and the assembly of eyeglasses **1** can also be completed in a simple and fast way.

The present invention provides yet another preferred embodiment of a pair of eyeglasses, which is composed of a lens, a frame, and a pair of temples. The lens includes a pair of connecting pieces set on two opposite sides of the lens and the lens and the connecting pieces are integrated, the connecting pieces being disposed with at least a trough portion (blow hole or notch); the lens can also be two individual pieces of lenses. The frame is used for accommodating a pair of lenses and includes a pair of connecting elements set on two opposite sides of the frame, and the frame and the connecting elements are integrated. The temples include a hinge portion set on one end of the temples, the hinge portion is composed of at least a hinge neck portion and at least a hinge pillar, and the hinge neck portion is respectively connected to the temples and the hinge pillar. Wherein, the connecting elements comprise at least a connecting trough, a connecting barb portion, at least a hinge trough, and a hinge passage, the connecting barb portion being disposed on sidewall neighboring to the connecting trough and the connecting elements of the frame being respectively connected to the lens and the temples. When the lens is hinged to the connecting elements of the frame, the connecting piece is received by the hinge trough and the connecting barb portion is engaged in the trough portion (blow hole or notch); when the temples are hinged to the connecting elements of the frame, the hinge pillar is hinged in the hinge trough. And after the hinged connection of the connecting piece of the lens and the connecting elements of the frame is completed, the connecting piece of the lens and the hinge pillar of the temples are in the status of mutual resistance; therefore the temples with its

5

6

hinged connection completed will not loosen and the assembly of eyeglasses can also be completed in a simple and fast way.

Following what is described about two preferred embodiments, regarding parts related to structure of the lens **10**, a fin portion **14** is disposed on one side of the connecting piece **11**, and a fin-shaped trough **35** is disposed in the connecting elements **30**, the location of which corresponds to the fin portion **14** and the trough shape of which corresponds to the shape of the fin portion **14**. With this design, the corresponding area between the lens **10** and the connecting elements **30** when being connected to each other can be increased and thus the eyeglasses **1** with its assembly completed can become more solid and less easy to shake.

According to all embodiments described above, the hinge portion **2** of temples **20** of the present invention is composed of hinge neck portion **211** and hinge pillar **212**, referring to FIG. **2**A or FIG. **3**, and the hinge neck portion **211** is respectively connected to the temples **20** and the hinge pillar **212**; therefore hinge portion **21** can be a quasi-T shaped structure or a quasi-L shaped structure, and the included angle A**1** between the hinge neck portion **211** and the hinge pillar **212** can be a right angle. In this embodiment, the hinge pillar **212** can be a quasi-circular cylinder, quasi-square cylinder, or quasi-regular polygon cylinder. And in the embodiment disclosed in the present invention, the size of hinge passage **33** and hinge trough **31** are defined as: the width L**1** of hinge passage **33** is longer than the cylinder diameter L**2** of hinge pillar **212** (as shown in FIG. **4**A), the width L**1** of hinge passage **33** is same long as or slightly longer than the width L**3** of hinge neck portion **211** (as shown in FIG. **4**B), and the space in hinge trough **31** is larger than the rotating space of rotation for 90 degrees with hinge pillar **212** as center. Therefore the hinge trough **31** provides enough space for the rotation of hinge pillar **212**, and the hinge pillar **212** after rotation is as shown in FIG. **4**C.

In regards to parts related to structure of the connecting elements **30**, the connecting trough **32** and the hinge trough **31** are a trough body connecting to each other and can be a quasi-rectangular trough body. Therefore, when the lens **10** and the connecting elements **30** are connected to each other, the connecting barb portion **12** is engaged in the inner trough **34**, the temples **20** and the connecting elements **30** are hinged to each other, and the hinge pillar **212** is hinged in the hinge trough **31**. Meanwhile, the connecting barb portion **12** and the wing portion **13** and the hinge pillar **212** can be in the status of mutual resistance, and even the wing portion **13** and the hinge pillar **212** can be in the status of mutual resistance, so that the eyeglasses **1** with its assembly completed will become more solid and less easy to shake.

Moreover, according to the structure described above, the present invention further discloses assembly method of eyeglasses, still referring to FIG. **2**A, FIG. **4**A, FIG. **4**B, and FIG. **4**C, steps of which comprising: providing a lens **10**, the lens **10** including a pair of connecting pieces **11** set on two opposite sides of the lens **10**, the connecting pieces **11** including at least a connecting barb portion **12**, at least a wing portion **13**, and at least a fin portion **14**, the wing portion **13** being respectively disposed on left and right sides of the connecting barb portion **12** and the fin portion **14** being disposed on one side of the connecting pieces; providing a pair of temples **20**, the temples **20** including a hinge portion **21** disposed on one end of the temples **20**, the hinge portion **21** being composed of at least a hinge neck portion **211** and at least a hinge pillar **212**, the hinge neck portion **211** being respectively connected to the temples **20** and the hinge pillar **212** and the hinge neck portion **211** being connected onto the hinge pillar **212**, there-

fore the hinge portion **21** being able to be a quasi-T shaped or quasi-L shaped structure; providing a pair of connecting elements **30**, the connecting elements **30** including at least a connecting trough **32**, a fin-shaped trough **35**, at least a hinge trough **31**, and at least a hinge passage **33**, at least an inner trough **34** being disposed in the connecting trough **32**, and the connecting elements **30** being respectively connected to the lens **10** and the temples **20**; hinging temples **20** and connecting elements **30**, as shown in FIG. **4**A, placing hinge pillar **212** in hinge passage **33** and moving to first position P**1** in first direction D**1**, rotating hinge portion **21** for 70∝130 degrees, commonly designed to be 90 degrees, for hinge pillar **212** to be hinged in hinge trough **31**, as shown in FIG. **4**B, moving temples **20** to second position P**2** in second direction D**2** for hinge neck portion **211** to be placed in hinge passage **33**, as shown in FIG. **4**C; connecting lens **10** and connecting elements **30**, connecting pieces **11** being received by connecting trough **32**, connecting barb portion **12** being engaged in inner trough **34**, and fin portion **14** being received by fin-shaped trough **35** for the connecting barb portion **12** and wing portion **13** and the hinge pillar **212** to be in status of mutual resistance, with which not only can temples **20** be positioned in hinge trough **31**, but a pivot for rotation of temples **20** can also be provided, and therefore the assembly of eyeglasses **1** can be completed in a simple and fast way according to this assembly method, as shown in FIG. **1**.

The present invention further provides a temple tip **40** for being sheathed onto the temples **20**, as shown in FIG. **5**A. From the central part of temples **20** to one end opposite to the hinge portion **21** is a temple end section **22**, one end of which is disposed with a fork-clasp portion **221** having a fork-clasp notch **222**; therefore the fork-clasp portion **221** and the fork-clasp notch **222** can be in a quasi-C shape, quasi-L shape, or reverse-L-shape. The temple end section **22** further includes a first through hole **223** and a saddle portion **224**, wherein the saddle portion **224** is closer to central part of temples **20** than the first through hole **223** and therefore the first through hole **223** is located between the saddle portion **224** and the fork-clasp portion **221**. Referring to FIG. **5**B, the temple tip **40** is a hollow strip body made of an elastic material. The temple tip **40** includes an engaging opening **41**, a second through hole **42**, and a resisting portion **43**, the engaging opening **41** being disposed on end of temple tip **40**, the second through hole **42** being disposed on temple tip **40** with one end of which connected to the engaging opening **41**, and the resisting portion **43** being disposed on one end of second through hole **42** opposite to the engaging opening **41**.

Assembly of aforementioned temples **20** and temple tip **40** comprises the following steps: providing a temple **20**, the temple **20** includes a fork-clasp portion **221**, a fork-clasp notch **222** (as shown in FIG. **5**A), a first through hole **223**, and a saddle portion **224**, from the central part of temple **20** to one end opposite to the hinge portion **21** (as shown in FIG. **2**A) being a temple end section **22**, the fork-clasp portion **221** being disposed on one end of the temple end section **22**, and the fork-clasp notch **222** being disposed in the fork-clasp portion **221**, therefore the fork-clasp portion **221** and the fork-clasp notch **222** being able to form a quasi-C shape, quasi-L shape, or reverse-L-shape; the first through hole **223** being disposed on the temple end section **22**, the saddle portion **224** being disposed at central part of the temple end section **22** near the temple **20**, therefore the first through hole **223** being located between the saddle portion **224** and the fork-clasp portion **221**; providing temple tip **40**, as shown in FIG. **5**B, the temple tip **40** including an engaging opening **41**, a second through hole **42**, and a resisting portion **43**, the engaging opening **41** being disposed on one end of temple tip

7

40, the second through hole 42 being disposed on temple tip
40 with one end of which connected to the engaging opening
41, and the resisting portion 43 being disposed on one end of
second through hole 42 opposite to the engaging opening 41;
sheathing the temple 20 into the temple tip 40 with the temple 5
20 penetrating the engaging opening 41 for the temple 20 to
be received by the temple tip 40, the fork-clasp portion 221
clamping the resisting portion 43, the fork-clasp notch 222
resisting the resisting portion 42, the first through hole 223
being in correspondence to the second through hole 42, and 10
the saddle portion 224 being coveringly disposed between the
engaging opening 41 and the second through hole 42, with
these steps the assembly of temple 20 and temple tip 40 being
completed in a simple and fast way without loosening, as
shown in FIG. 6.

Since the assembly method of the pair of eyeglasses of the
present invention in which connecting elements are used to
complete hinged connection of lens and temples is simpler,
and the complexity in assembly is also lower, the time and
manpower cost spent in completing hinged connection can 20
thus be greatly reduced. And also because the design of con-
necting elements is in correspondence with the lens and the
temples, therefore the eyeglasses can become more solid after
completion of assembly and better effect of hinged connec-
tion can also be achieved. 25

While the invention has been described by way of
examples and in terms of the preferred embodiments, it is to
be understood that the invention is not limited to the disclosed
embodiments. On the contrary, it is intended to cover various
modifications and similar arrangements as would be apparent 30
to those skilled in the art. Therefore, the scope of the
appended claims should be accorded the broadest interpreta-
tion so as to encompass all such modifications and similar
arrangements.

What is claimed is: 35

1. A pair of eyeglasses, comprising:
a lens, said lens including a pair of connecting pieces
disposed on left and right sides of said lens, wherein said
connecting pieces include at least a connecting barb 40
portion;
a pair of temples, including a hinge portion disposed on one
end of said temples, wherein said hinge portion is com-
posed of at least a hinge neck portion and at least a hinge
pillar, said hinge neck portion being respectively con- 45
nected to said temples and said hinge pillar; and
a pair of connecting elements, said connecting elements
including at least a connecting trough, at least a hinge
trough, and a hinge passage, at least an inner trough
being disposed in said connecting trough, said connect- 50
ing elements being respectively connected to said lens
and said temples;
wherein when said lens and said connecting elements are
connected to each other, said connecting pieces are
received by said connecting trough, said connecting 55
barb portion is engaged in said inner trough, and when
said temples and said connecting elements are hinged to
each other, said hinge pillar is hinged in said hinge
trough.

2. The pair of eyeglasses according to claim 1, further 60
comprising at least a wing portion disposed on one side of
said connecting barb portion, said wing portion and said
connecting barb portion being partially connected to each
other.

3. The pair of eyeglasses according to claim 1, further 65
comprising at least a fin portion disposed on one side of said
connecting pieces.

8

4. The pair of eyeglasses according to claim 3, further
comprising at least a fin-shaped trough disposed in said con-
necting elements, said fin-shaped trough corresponding to
said fin portion.

5. The pair of eyeglasses according to claim 1, wherein said
lens and said connecting pieces are integrated.

6. The pair of eyeglasses according to claim 1, wherein
shape of said hinge portion is selected from the group con-
sisting of a quasi-T shape and a quasi-L shape.

7. The pair of eyeglasses according to claim 1, wherein
shape of said hinge pillar is selected from the group consisting
of a quasi-circular cylinder, a quasi-square cylinder, and a
quasi-regular-polygon cylinder.

8. The pair of eyeglasses according to claim 1, wherein said
connecting trough and said hinge trough are a trough body
connecting to each other.

9. The pair of eyeglasses according to claim 8, wherein said
trough body is a rectangular trough body.

10. The pair of eyeglasses according to claim 1, wherein
width of said hinge passage is longer than cylinder diameter
of said hinge pillar.

11. The pair of eyeglasses according to claim 1, wherein
width of said hinge passage is same long as or slightly longer
than width of said hinge neck portion.

12. The pair of eyeglasses according to claim 1, wherein
from about central part of said temple to another end of said
temple is a temple end section, and a fork-clamp portion is
disposed on one end of said temple end section, said fork-
clamp portion further including a fork-clamp notch.

13. The pair of eyeglasses according to claim 12, wherein
shape formed by said fork-clamp portion and said fork-clamp
notch is selected from the group consisting of a quasi-C shape
and a quasi-L shape.

14. The pair of eyeglasses according to claim 12, further
comprising a first through hole disposed on said temple end
section.

15. The pair of eyeglasses according to claim 12, further
comprising a saddle portion disposed on said temple end
section.

16. The pair of eyeglasses according to claim 1, further
comprising a temple tip, said temple tip being a hollow strip
body and including an engaging opening disposed on one end
of said temple tip and a second through hole disposed on said
temple tip, said engaging opening and one end of said second
through hole being connected to each other.

17. The pair of eyeglasses according to claim 16, further
comprising a resisting portion disposed on one end of said
second through hole opposite to said engaging opening.

18. The pair of eyeglasses according to claim 16, wherein
said temple tip is made of an elastic material.

19. A pair of eyeglasses, comprising:
a lens, said lens including a pair of connecting pieces
disposed on left and right sides of said lens, wherein said
connecting pieces include at least a connecting barb
portion;
a frame for accommodating said lens, said frame including
a pair of connecting elements disposed on left and right
sides of said frame; and
a pair of temples, including a hinge portion disposed on one
end of said temples, wherein said hinge portion is com-
posed of at least a hinge neck portion and at least a hinge
pillar, said hinge neck portion being respectively con-
nected to said temples and said hinge pillar;
wherein said connecting elements include at least a con-
necting trough, at least a hinge trough, and a hinge
passage, at least an inner trough being disposed in said
connecting trough, said connecting elements being

US 7,712,896 B1

**9**

respectively connected to said lens and said temples, when said lens and said connecting elements of said frame are connected to each other, said connecting pieces are received by said connecting trough, and said connecting barb portion is engaged in said inner trough, and when said temples and said connecting elements of said frame are hinged to each other, said hinge pillar is hinged in said hinge trough.

**20**. A pair of eyeglasses, comprising:

a lens, said lens including a pair of connecting pieces disposed on left and right sides of said lens, wherein said connecting pieces include at least a trough portion;

a pair of temples, including a hinge portion disposed on one end of said temples, wherein said hinge portion is composed of at least a hinge neck portion and at least a hinge pillar, said hinge neck portion being respectively connected to said temples and said hinge pillar; and

**10**

a pair of connecting elements, said connecting elements including at least a connecting trough, a connecting barb portion, at least a trough, and a hinge passage, said connecting barb portion being disposed on sidewall neighboring to said connecting trough, said connecting elements being respectively connected to said lens and said temples;

wherein when said lens and said connecting elements are connected to each other, said connecting pieces are received by said connecting trough, said connecting barb portion is engaged in said trough portion, and when said temples and said connecting elements are hinged to each other, said hinge pillar is hinged in said hinge trough.

*    *    *    *    *